UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK BUSKIRK, | : | CIVIL NO: 3:15-CV-01380 |
| Plaintiff | : | (Magistrate Judge Schwab) |
| v. | : | |
| VERDE ENERGY USA, INC., | : | |
| Defendant | : | |

## ORDER
January 12, 2016

**IT IS ORDERED** that the parties' stipulation of dismissal is approved and the Clerk of Court is directed to close this case.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge
